IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00295-GPG

JOHNN A. VIDMAR, JR.,

    Plaintiff,

v.

DEPUTY STEWART, Washington County Sheriff's Dept.,

    Defendant.

ORDER DISMISSING CASE

    Plaintiff, Johnn A. Vidmar, was detained at the Larimer County Detention Facility when he submitted to the Court *pro se* a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (ECF No. 1).  The instant action was commenced and, on February 12, 2015, Magistrate Judge Gordon P. Gallagher entered an order directing Mr. Vidmar to cure certain deficiencies if he wished to pursue any claims.  In particular, Mr. Vidmar was directed to file a Prisoner Complaint and either to pay the filing fee or to file a prisoner motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on the proper form.  Mr. Vidmar was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    On March 9, 2015, the copy of the February 12 Order Directing Plaintiff to Cure Deficiencies (ECF No. 3) that was sent to Mr. Vidmar was returned to the Court as undeliverable and the envelope was marked "Released."  (*See* ECF No. 4).

    In accordance with the Local Rules of Practice for the United States District Court

for the District of Colorado, D.C.COLO.LAttyR 5(c), Mr. Vidmar is required to notify the Court of an address change within five days after the change.  Mr. Vidmar has failed to comply with the Court's Local Rules.  Mr. Vidmar also has now failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed.  The Court, therefore, will dismiss the action for failure to cure the deficiencies and failure to prosecute.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma paupers* status is denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pampers* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies as directed and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pampers* on appeal is denied.  It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  20th   day of    March      , 2015.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

2